**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:08-cr-284-T-EAK-TBM

FASHA ANGAZA GREY

**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the defendant's motionsto reduce his prison term under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). Docs. 127 and 136. The United States does not oppose a reduction of three month. Doc. #138. The Court agrees that he is eligible for a reduction and adopts the amended guideline calculations in the government's response. Doc. #138.

Having reviewed the facts in both the original presentence investigation report and the July 24, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 3 months is warranted. Consistent with USSG §1B1.10(e)(1).

Thus:

(1)    The Court grants the defendant's motions up to three months, Docs. 127 and 136.

(2)   The Court reduces the defendant's prison term from 63 to 60 months or time served, whichever is greater.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 7th day of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record