# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO. 8:08-CR-284-T-EAK-TBM

FASAHA ANGAZA GREY
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Thomas B. McCoun on June 15, 2016 (Doc.148).  The magistrate judge

recommended that the motion to proceed *in forma pauperis* on appeal be denied.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report

and recommendation, the district court should make a de novo review of the record with

respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

However, when no timely and specific objections are filed, case law indicates that the court

should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines,**

**Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).  The defendant filed objections to the

statement in the government's response that the Court had no jurisdiction based on the

untimely mailing of the motion under consideration.  The decision of the Court not to grant

the defendant's motion to reconsider was based on the position of the government, and

adopted by the Court, that the defendant "failed to show any purported misapplication of DOJ

policy resulted from an 'arithmetical, technical, or other clear error.' *Id.* Moreover, it asserted the court has reduced his sentence under § 3582(c)(2) to the 60 month, statutory minimum penalty for his drug offense and is without authority to reduce the sentence further." (R&R at page 4).  Therefore, the Court rejects the objections.3

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation and overrules the objections.  Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 20)  be **adopted** and **incorporated by reference** and Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed In Forma Pauperis. (Doc. 146) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of July, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge